**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **PETER KIEWIT SONS', INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:08CV543** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ATSER, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the oral motion of counsel for the parties, the telephone planning conference previously set for June 15, 2009 at 10:00 a.m. is cancelled and is **rescheduled for June 19, 2009 at 11:00 a.m.** before the undersigned magistrate judge.  Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 1st day of June, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge