IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVEL JONES, | ) | 8:08CV543 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 10.) In his Motion, Plaintiff seeks reconsideration of the court's March 6, 2009 Memorandum and Order and Judgment which dismissed this matter because, among other things, it was an improper attempt to file a successive habeas corpus petition. (Filing Nos. 8 and 9.) The court has carefully reviewed the record and finds no good cause for reconsideration of its previous Memorandum and Order.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (filing no. 10) is denied.

July 30, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge